No. 75–831.  TULLY ET AL. *v.* GRIFFIN, INC.  Appeal from D. C. Vt.  Probable jurisdiction noted.

No. 75–839.  WHALEN, COMMISSIONER OF HEALTH OF NEW YORK *v.* ROE ET AL.  Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 75–212.  UNITED STATES *v.* DONOVAN ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 75–657.  LOCAL 3489, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* USERY, SECRETARY OF LABOR.  C. A. 7th Cir.  Certiorari granted.

No. 75–661.  UNITED STATES *v.* ANTELOPE ET AL. C. A. 9th Cir.  Certiorari granted.

No. 75–853.  UNITED STATES STEEL CORP. ET AL. *v.* FORTNER ENTERPRISES, INC.  C. A. 6th Cir.  Certiorari granted.

No. 75–929.  ESTELLE, CORRECTIONS DIRECTOR, ET AL. *v.* GAMBLE.  C. A. 5th Cir.  Certiorari granted.

No. 75–811.  SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ET AL. *v.* PALMORE ET AL.; and SWAIN, REFORMATORY SUPERINTENDENT *v.* PRESSLEY.  C. A. D. C. Cir.  Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted.